M. Menken, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

---

STROH, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 17, 1911.) Action by John Stroh against the Brooklyn Heights Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

---

SULLIVAN, Respondent, v. FRANZREB, Appellant. (Supreme Court, Appellate Division, Second Department. October 6, 1911.) Action by Elizabeth Sullivan, as administratrix, etc., against Annie E. Franzreb. No opinion. Motion granted, without costs.

---

In re SURPLESS' ESTATE. (Supreme Court, Appellate Division, Second Department. November 10, 1911.) In the matter of the estate of James Surpless, deceased. In the matter of the application of Catharine L. Surpless, etc., of Eleanor L. Surpless, an infant, etc. No opinion. Order of the Surrogate's Court of Kings county affirmed, with $10 costs and disbursements. See, also, 142 App. Div. 942, 127 N. Y. Supp. 1146.

---

TAYLOR, Respondent, v. TAYLOR, Appellant. (Supreme Court, Appellate Division, First Department. October 13, 1911.) Action by Clara E. M. Taylor against James R. Taylor, known as J. Richard Taylor. G. W. McKenzie, for appellant. L. W. Dinkelspiel, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

TEEFT, Respondent, v. BUFFALO DRY DOCK CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 22, 1911.) Action by Oliver J. Teeft against the Buffalo Dry Dock Company.

PER CURIAM. Judgment and order affirmed with costs.

McLENNAN, P. J., dissents upon the ground that the defendant was not shown guilty of actionable negligence and that the plaintiff assumed the risk of the employment.

---

TEPFER, Respondent, v. AMERICAN ICE CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 17, 1911.) Action by Benjamin Tepfer, an infant, etc., against the American Ice Company. No opinion. Judgment and order of the Municipal Court unanimously affirmed, with costs.

---

TERRANOVA, Appellant, v. MUTUAL AID ASS'N OF ST. JOHN, Respondent. (Supreme Court, Appellate Division, Second Department. October 20, 1911.) Action by Michael T. Terranova against the Mutual Aid Association of St. John. No opinion. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, on the ground that the attempted suspension of the sick benefit provision of the by-laws violated the contract between plaintiff and defendant.

---

TERWILLIGER, Appellant, v. BROWNING, KING & CO., Respondent. (Supreme Court, Appellate Division, Third Department. November 15, 1911.) Action by Frank W. Terwilliger against Browning, King & Company. No opinion. Interlocutory judgment affirmed, with costs, with usual leave to amend, upon payment of costs in this court and at Special Term.

---

THAYER, Appellant, v. SCHLEY et al., Respondents. (Supreme Court, Appellate Division, First Department. November 24, 1911.) Action by Russell Thayer against Grant B. Schley and another. H. S. Hertwig, for appellant. J. F. Workum, for respondents. No opinion. Judgment affirmed, with costs, on opinion on former appeal. 137 App. Div. 166, 121 N. Y. Supp. 1064. Order filed.

---

THOMS, Appellant, v. McMULLEN, Respondent et al. (Supreme Court, Appellate Division, First Department. October 13, 1911.) Action by Andrew Thoms against Arthur McMullen, impleaded with others. C. E. Thornall, for appellant. A. T. Kiernan, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion granted, so far as to allow plaintiff to serve amended reply. Order filed.

---

THORN, Appellant, v. GUSTAFSON, Respondent. (Supreme Court, Appellate Division, Second Department. October 6, 1911.) Action by Frank Thorn against Ella Gustafson. No opinion. Judgment of the Municipal Court affirmed, with costs.

---

TICHBORNE PRESS, Appellant, v. ANDREWS, Respondent. (Supreme Court, Appellate Division, Second Department. November 17, 1911.) Action by the Tichborne Press against Champe S. Andrews. No opinion. Motion denied, with $10 costs.

---

TIMMERMANN v. COHN et al. (Supreme Court, Appellate Division, Second Department. October 20, 1911.) Action by Carl Timmermann, as executor, etc., against Isidor Cohn and others. No opinion. Order (70 Misc. Rep. 327, 128 N. Y. Supp. 770) affirmed, with $10 costs and disbursements.

---

TONE, Appellant, v. HOGAN et al., Respondents. (Supreme Court, Appellate Division, First Department. December 1, 1911.) Action by William H. Tone against Charles W. Hogan and others. J. M. Grossman, for appellant. J. V. Bouvier, Jr., for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.